**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO.   3:22-CV-195-DMB-RP**
                                        **JURY TRIAL DEMANDED**

**QUENTAURUS HERRING**                                        **DEFENDANT**

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Quentaurus Herring. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Quentaurus Herring in the sum of $23,332.23. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Quentaurus Herring  agrees that the sum owed, $23,332.23, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $400.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Quentaurus Herring pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification

not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Quentaurus Herring will be credited to his outstanding debt.

IT IS SO ORDERED this the *2nd* day of *February* 2023.

_____
UNITED STATES DISTRICT JUDGE


PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
      JOHN E. GOUGH, JR. (MSB #10351)
      Assistant United States Attorney
      900 Jefferson Avenue
      Oxford, Mississippi 38655-3608
      Ph: (662) 234-3351
      Fax: (662) 234-3318
      Email: john.gough@usdoj.gov
      *Attorney for Plaintiff United States of America*


AGREED TO:

_____
QUENTAURUS HERRING, *Defendant*

2